UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

RUBY BROWN                              DOCKET NO. 3:22-00780

VERSUS                                  JUDGE DAVID C. JOSEPH

CITY OF WISNER, ET AL.                  MAGISTRATE JUDGE KAYLA
                                        D. MCCLUSKY

## JUDGMENT

For the reasons contained in the REPORT AND RECOMMENDATION [Doc. 23] of the Magistrate Judge, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings that same is supported by the law and the record in this matter,

IT IS ORDERED that the MOTION FOR PARTIAL DISMISSAL ("the Motion") [Doc. 13] filed by Defendants Marc McCarty and the Town of Wisner is GRANTED IN PART, and that, with the exception of Plaintiff's punitive damages claim under 42 U.S.C. § 1983 against Marc McCarty, Plaintiff's claims for punitive, exemplary, and treble damages, plus her claims for equal protection violation, fraudulent inducement, and retaliation under Louisiana Revised Statute § 23:303(D) are hereby DISMISSED, WITH PREJUDICE.  FED. R. CIV. P. 12(b)(6).

IT IS FURTHER ORDERED that the remainder of the MOTION TO DISMISS [Doc. 13], together with the entirety of Plaintiff's MOTION FOR PARTIAL SUMMARY JUDGMENT [Doc. 19] is DENIED.

THUS, DONE AND SIGNED in Chambers this 28th day of November 2022.

_____
DAVID C. JOSEPH
United States District Judge